SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-----------------------------------------------------------------X
MICHAEL L. DAYTON,

                    Plaintiff,                      STIPULATION EXTENDING
                                                          TIME TO ANSWER

     -against-

WESLEY GLEN FORT, ALBERT L. PROVOST,
Individually, and ALBERT L. PROVOST d/b/a          Index No. 2007-7091
JUGGIE'S CONCESSIONS,

                    Defendants.
-----------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, MICHAEL L. DAYTON, through his counsel, SILVER, FORRESTER, SCHISANO, LESSER & DREYER, P.C., and defendants, WESLEY GLEN FORT, ALBERT L. PROVOST, Individually, and ALBERT L. PROVOST d/b/a JUGGIE'S CONCESSIONS, through their counsel, TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC, that the time for defendants WESLEY GLEN FORT, ALBERT L. PROVOST, Individually, and ALBERT L. PROVOST d/b/a JUGGIE'S CONCESSIONS, to answer or otherwise appear in the above-captioned matter is hereby extended by Stipulation for one month from September 28, 2007 to October 29, 2007.

Dated:                                             Dated: September 25, 2007

SILVER, FORRESTER, SCHISANO,              TARSHIS, CATANIA, LIBERTH,
LESSER & DREYER, P.C.                            MAHON & MILLIGRAM, PLLC

By: MICHAEL H. FORRESTER, ESQ.          By: RHETT D. WEIRES, ESQ.
Attorneys for Plaintiff                               Attorneys for Defendants
3250 Route 9W                                             One Corwin Court – PO Box 1479
New Windsor, New York 12553                  Newburgh, NY 12550
Tel. No. (845) 562-9020                             Tel. No. (845) 565-1100