RDW/lmf
10127-56284
Doc #419742

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MICHAEL L. DAYTON,

                      Plaintiff,        **CERTIFICATE OF SERVICE**

    -against-                    07 CIV. 8643 (WCC/LMS)

WESLEY GLEN FORT, ALBERT L. PROVOST,
Individually, and ALBERT L. PROVOST d/b/a
JUGGIE's CONCESSIONS,

                      Defendants.
------------------------------------------X

I hereby certify that a copy of defendants' Answer to Complaint was served upon the following parties by ECF filing on October 26, 2007, followed by courtesy copies by fax and first class mail on October 26, 2007:

TO:   SILVER, FORRESTER, SCHISANO,
      LESSER & DREYER, P.C.
      MICHAEL H. FORRESTER, ESQ.
      Attorneys for Plaintiff
      3250 Route 9W
      New Windsor, New York  12553

Dated:   Newburgh, New York
        October 29, 2007

                                              _____
                                              RHETT D. WEIRES (RDW-1820)