UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MICHAEL L. DAYTON,

                    Plaintiff,

  -against-

WESLEY GLEN FORT, ALBERT L. PROVOST,
Individually, and ALBERT L. PROVOST
d/b/a JUGGIE'S CONCESSIONS,

                    Defendants.
------------------------------------X

**AFFIDAVIT OF COMPLIANCE WITH VEHICLE AND TRAFFIC LAW § 253**

07 CIV. 8643

Judged Assigned:
Hon. William C. Conner

STATE OF NEW YORK  )
                      ) SS:
COUNTY OF ORANGE  )

    NANCY R. PLATE, being duly sworn, says:

    I am over the age of 18 years and am not a party to this action.

    On the 19th day of October, 2007, I sent on behalf of plaintiff herein a copy of the Summons and Verified Complaint, with notice of the service upon the Secretary of State thereof to ALBERT L. PREVOST (sued herein as ALBERT L. PROVOST), one of the defendants herein, by registered mail in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

    MR. ALBERT L. PREVOST
    P.O. BOX 2141
    GIBSONTON, FLORIDA 33534

ATTACHED HERETO AND MADE A PART HEREOF IS THE RETURN RECEIPT CARD, SIGNED BY AN INDIVIDUAL QUALIFIED TO RECEIVE DEFENDANT'S MAIL IN ACCORDANCE WITH THE RULES AND CUSTOMS OF THE POST OFFICE, AND WHICH WAS RECEIVED BY THE DEPONENT ON OCTOBER 23, 2007.

                                                NANCY R. PLATE

Sworn to before this me
9th day of November, 2007.

Notary Public

MARY ELIZABETH FAMA
NOTARY PUBLIC, State of New York
Reg. No. 01FA6048479
Appointed in Orange County
Commission Expires 9/25/20_10_

SILVER, FORRESTER, SCHISANO, LESSER & DREYER, P.C. • ATTORNEYS AT LAW
3250 ROUTE 9W • NEW WINDSOR, NEW YORK 12553