**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Albert L. Prevost
   P.O. Box 2141
   Gibsonton, FL 33534-2141

2. Article Number (Transfer from service label): 7003 1010 0001 7789 4822

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Andrea Prevost
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Andrea Prevost
C. Date of Delivery: 10/23/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — NEW WINDSOR NY — OCT 19 2007 — USPS

Sent To: Albert L. Prevost
Street, Apt. No.; or PO Box No.: P.O. Box 2141
City, State, ZIP+4: Gibsonton, FL 33534-2141

7003 1010 0001 7789 4822

PS Form 3800, June 2002   See Reverse for Instructions