```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MICHAEL L. DAYTON,                              AFFIDAVIT OF
                                                COMPLIANCE
                           Plaintiff,           WITH § 307 OF
                                                THE BUSINESS
      -against-                                 CORPORATION LAW

WESLEY GLEN FORT, ALBERT L. PROVOST,
Individually, and ALBERT L. PROVOST             07 CIV. 8643
d/b/a JUGGIE'S CONCESSIONS,
                                                Judged Assigned:
                           Defendants.          Hon. William C. Conner

-------------------------------------X

STATE OF NEW YORK   )
COUNTY OF ORANGE    )  SS:
```

NANCY R. PLATE, being duly sworn, says:

I am over the age of 18 years and am not a party to this action.

On the 1st day of November, 2007, I sent on behalf of plaintiff herein a copy of the Summons and Verified Complaint, with notice of the service upon the Secretary of State thereof to JUGGIE'S CONCESSIONS, INCORPORATED, one of the defendants herein, by registered mail in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

JUGGIE'S CONCESSIONS, INCORPORATED
2403 STATE STREET
TAMPA, FLORIDA 33509

ATTACHED HERETO AND MADE A PART HEREOF IS THE RETURN RECEIPT CARD, SIGNED BY AN INDIVIDUAL QUALIFIED TO RECEIVE DEFENDANT'S MAIL IN ACCORDANCE WITH THE RULES AND CUSTOMS OF THE POST OFFICE, AND WHICH WAS RECEIVED BY THE DEPONENT ON NOVEMBER 8, 2007.

*Nancy R. Plate*
NANCY R. PLATE

Sworn to before this me
9th day of November, 2007.

*Mary Elizabeth Fama*
Notary Public

MARY ELIZABETH FAMA
NOTARY PUBLIC, State of New York
Reg. No. 01FA6048479
Appointed in Orange County
Commission Expires 9/25/20__

SILVER, FORRESTER, SCHISANO, LESSER & DREYER, P.C., AT LAW
3250 ROUTE 9W • NEW WINDSOR, NEW YORK 12553

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *A Rodenb* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): A Rodenberg  C. Date of Delivery: 11.5.07<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Juggie's Concessions Incorporated<br>2403 State St.<br>Tampa FL 33509 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 0460 0003 8848 4497 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $ *Dayton*
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark: NEW WINDSOR NY 12553 USPS NOV 1 2007

Sent To: Juggie's Concessions Inc
Street, Apt. No.; or PO Box No.: 2403 State Street
City, State, ZIP+4: Tampa, FL 33509

7002 0460 0003 8848 4497

PS Form 3800, January 2001    See Reverse for Instructions