IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. DAYTON,<br>    Plaintiff(s)<br><br>v.<br>WESLEY GLEN FORT, ALBERT L. PROVOST, Individually, and ALBERT L. PROVOST d/b/a JUGGIE's CONCESSIONS,<br>    Defendant(s) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Case No.: 07 CIV. 8643 (WCC) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) ALL DEFENDANTS pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Signature of plaintiffs or plaintiff's counsel

3250 Route 9W
Address

New Windsor, NY 12553
City, State & Zip Code

(845) 562-9020
Telephone Number

Dated: July 29, 2008

_____
Signature of defendants or defendant's counsel

One Corwin Court - PO Box 1479
Address

Newburgh, NY 12550
City, State & Zip Code

(845) 565-1100
Telephone Number

Dated: August 27, 2008