# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL L. DAYTON, ,<br>Plaintiff(s)<br><br>v.<br><br>WESLEY GLEN FORT, ALBERT L.<br>PROVOST, Individually, and ALBERT<br>L. PROVOST d/b/a JUGGIE's<br>CONCESSIONS, ,<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION OF**<br>**VOLUNTARY DISMISSAL**<br>**PURSUANT TO F.R.C.P.**<br>**41(a)(1)(A)(ii)**<br><br>Case No.:  07 CIV. 8643 (WCC)<br><br>ECF CASE |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) ALL DEFENDANTS pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Signature of plaintiffs or plaintiff's counsel

3250 Route 9W
Address

New Windsor, NY 12553
City, State & Zip Code

(845) 562-9020
Telephone Number

Dated: July 29, 2008

_____
Signature of defendants or defendant's counsel

One Corwin Court – PO Box 1479
Address

Newburgh, NY 12550
City, State & Zip Code

(845) 565-1100
Telephone Number

Dated: August 27, 2008

SO ORDERED.
Dated: White Plains, NY
        Sept. 5, 2008

William C. Conner
WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED

COPIES MAILED TO COUNSEL OF RECORD

SEP-04-2008   14:45

07/29/2008  16:19    8455629351                    SILVER FORRESTER                    PAGE  02/03
07/29/08  14:42 FAX 2128050847         MEDIATION                                              002

P.03/03

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

MICHAEL L. DAYTON

                           Plaintiff

          v.

WESSLEY GLEN FORT ET AL.

                         Defendant

07  cv  8643    ( WCC ) (    )

FOLLOWING MEDIATION THE PARTIES HAVE REACHED A SETTLEMENT AGREEMENT AND WILL FILE APPROPRIATE PAPERS.

7/29/08
Date

Attorney for Plaintiff

7/29/08
Date

Attorney for Defendant

07/29/08  TUE 15:16  [TX/RX NO 7595]

TOTAL P.03

# TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC
### ATTORNEYS AND COUNSELLORS AT LAW

STEVEN L. TARSHIS, L.L.M. Taxation
JOSEPH A. CATANIA, JR.
RICHARD F. LIBERTH
RICHARD M. MAHON, II*
STEVEN I. MILLIGRAM
RHETT D. WEIRES
PAUL S. ERNENWEIN

SPECIAL COUNSEL
JAY F. JASON**

\* ALSO ADMITTED IN DC
\*\* ALSO ADMITTED IN MA

ONE CORWIN COURT
POST OFFICE BOX 1479
NEWBURGH, NEW YORK 12550
(845) 565-1100
1-800-344-5655
FAX (845) 565-1999
(FAX SERVICE NOT ACCEPTED)

100 RED SCHOOLHOUSE ROAD, SUITE C-12
CHESTNUT RIDGE, NEW YORK 10977
TEL (845) 426-7799      FAX (845) 426-5541
(MAIL AND FAX SERVICE NOT ACCEPTED)

E-MAIL tclmm@tclmm.com
www.TCLMM.com

HOBART J. SIMPSON
MARK L. SCHUH
NICHOLAS A. PASCALE
JULIA GOINGS-PERROT
DANIEL F. SULLIVAN
PATRICIA S. PEREZ
LYNN A. PISCOPO
MICHAEL E. CATANIA*

\* ALSO ADMITTED IN NJ, CT, MA, NC

WRITER'S DIRECT NO.
(845) 569-4396

**FACSIMILE**

WRITER'S E-MAIL
rweires@tclmm.com

*The information contained in this facsimile message may be Attorney Privileged and Confidential information, and is intended only for the use of the party named as recipient. If you are not the named recipient, please be advised that any use, distribution or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone.*

*Pursuant to IRS Regulations, any tax advice contained in this communication or attachments is not intended to be used and cannot be used for purposes of avoiding penalties imposed by the Internal Revenue Code or promoting, marketing or recommending to another person any tax related matter.*

*Thank you.*

**To:**    **Hon. William Connor, U.S.D.J.**    **Fax #: (914) 390-4170**

**cc:**    **Terri Simon, Mediator**    **Fax #: (914) 725-8950**

     **Michael Forrester, Esq.**    **Fax #: (845) 562-9025**

**From:**    Rhett D. Weires    **Pages** (including this cover sheet): **3**

**Date:**    September 4, 2008    **File #:** 10127-56284

    **Re: Dayton v. Fort, Provost & Provost d/b/a Juggie's Concessions**
       **Case No. 07 CIV. 8643 (WCC)**

Enclosed please find a copy of the Stiuplation of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii) being filed with the Clerk of the U.S. District Court, along with a copy of the mediation settlement agreement signed by all parties in the above matter, thus obviating the need for an appearance before Judge Conner on September 5, 2008 at 10:15 a.m.

*If problems of clarity or transmission arise, please call Linda Fisher at 845-565-1100, Ext. 253.*